Argued July 26, appeal dismissed August 8, 1977

STATE OF OREGON, *Appellant,*
*v.*
HAROLD GARTON, *Respondent.*
(No. DA 126221, CA 7835)
566 P2d 1227

Donald L. Paillette, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were James A. Redden, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

H. Phillip Eder, Portland, argued the cause for respondent. With him on the brief was Hilson & Eder, Portland.

Before Schwab, Chief Judge, and Thornton and Lee, Judges.

PER CURIAM.

## PER CURIAM.

The notice of appeal in the above cause was not timely filed. ORS 46.250(3).

Appeal dismissed.